455 A.2d 192

Strugalski v. Shoecraft, Appellant.

Argued March 17, 1982.   John Wesley Jordan, for appellant; John F. Becker, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the lower court is affirmed.

January 14, 1983.

455 A.2d 192

Collins etc. v. County of Lackawanna, Appellant.

Argued June 2, 1982.   Paul A. Barrett, for appellant; James T. McHale, for appellees.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order affirmed.